

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00875-CR

Justin Henry **SOWERS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR7493
Honorable Maria Teresa Herr, Judge Presiding[1]

BEFORE CHIEF JUSTICE MARION, JUSTICE CHAPA, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED September 16, 2020.

_____
Beth Watkins, Justice

---

[1] Senior Judge, sitting by assignment.